# EXHIBIT A

**The Bartlett Law Firm, P.A.**
230 East Marks Street
Orlando, FL 32803

# Invoice

**Invoice #:** 1196
**Invoice Date:** 1/1/2011
**Due Date:** 1/14/2011
**Case:**
**P.O. Number:**

**Bill To:**

Mission Road Church
P.O. Box 620188
Oviedo, FL 32762

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 12/27/2010 Meeting with Pastor to discuss procedures in Chapter 11 case and filing date; review informational packet and intake forms with client. | 0.7 | 205.00 | 143.50 |
| 12/30/2010 Phone consultation with client regarding whether services may be held on the weekend and whether any one will attempt to lock church buildings or disrupt activities. | 0.2 | 205.00 | 41.00 |
| 12/29/2010 PB- Review and file petition; ensure emergency petition is accurate and complete; attempt to call client to obtain all required information. | 0.5 | 205.00 | 102.50 |
| 12/10/2010 PB- Initial consultation with L Perkins regarding bankruptcy possibilities, and when to expect t ofile. | 1 | 205.00 | 205.00 |
| 12/26/2010 PB- Review bankruptcy law regarding nonprofit; review status of church and articles of incorporation online. | 0.5 | 205.00 | 102.50 |

Pay your bills online at:
https://www.intuitbillpay.com/thebartlettlawfirm

| | |
|---|---|
| **Total** | $594.50 |
| **Payments/Credits** | $-594.50 |
| **Balance Due** | $0.00 |

**The Bartlett Law Firm, P.A.**
230 East Marks Street
Orlando, FL 32803

# Invoice

**Invoice #:** 1338
**Invoice Date:** 2/1/2011
**Due Date:** 2/14/2011
**Case:**
**P.O. Number:**

**Bill To:**

Mission Road Church
P.O. Box 620188
Oviedo, FL 32762

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 01/04/2011 KG - Reviewed file, drafted case summary, exhibit A, affidavit and application to retain attorney | 2 | 120.00 | 240.00 |
| 01/04/2011 PB- Review bestcase software file and input. | 0.1 | 205.00 | 20.50 |
| 01/04/2011 KG- Send bestcase software file to lawyer for review | 0.2 | 120.00 | 24.00 |
| 01/05/2011 PB- Review application to employ attorney, affidavit of attorney, case management summary; send back to paralegal KG for review. | 0.5 | 205.00 | 102.50 |
| 01/05/2011 KG - Finalizing application to employ attorney and affidavit - adding tax obligation to schedule E of petition, file case summary, application to employ, affidavit and exhibit A | 0.8 | 120.00 | 96.00 |
| 01/05/2011 Notary Fee for Application | 1 | 9.00 | 9.00 |
| 01/05/2011 Mileage | 4 | 0.50 | 2.00 |
| 01/06/2011 PB- Review issues with client regarding press about bankruptcy; review debtor in possession bank account information with paralegal KG. | 0.2 | 205.00 | 41.00 |
| 01/06/2011 KG- Meet with Pastor Perkins regarding documentation needed to trustee - is opening DIP accounts as soon as al transactions post to account - gathered all documents in file | 1.5 | 120.00 | 180.00 |
| 01/07/2011 PB- Review application to employ attorney; obtain required signature for affidavit and proper notarization | 1 | 205.00 | 205.00 |
| 01/14/2011 KG -Called Pastor Perkins to get forms for DIP accounts and sign declaration for electronic filing, meeting to go over all forms and information | 1.4 | 120.00 | 168.00 |
| 01/15/2011 PB- Phone consultations with pastor Perkins regarding case and what is needed strategically; phone call regarding inability to attend 341 meeting. | 0.4 | 205.00 | 82.00 |
| 01/18/2011 KG - Spoke to client via phone on what is needed | 0.6 | 120.00 | 72.00 |
| 01/21/2011 KG - Added Information to Best case, filed into case. Compiled all information into binder for IDI | 1.8 | 120.00 | 216.00 |
| 01/24/2011 PB- Reviewed document binder in preparation for 341 meeting, ensured all required information available. | 0.2 | 205.00 | 41.00 |

**Total**

**Payments/Credits**

**Balance Due**

**The Bartlett Law Firm, P.A.**
230 East Marks Street
Orlando, FL 32803

# Invoice

**Invoice #:** 1338
**Invoice Date:** 2/1/2011
**Due Date:** 2/14/2011
**Case:**
**P.O. Number:**

**Bill To:**

Mission Road Church
P.O. Box 620188
Oviedo, FL 32762

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 01/24/2011 PB- Attend meeting of the creditors and assist client with issues of publicity. | 2 | 205.00 | 410.00 |
| 01/27/2011 KG - Called Pastor Perkins, finalized best case edits | 0.3 | 120.00 | 36.00 |
| 01/27/2011 KG- Review and respond to Trustee's e-mails regarding scheduling IDI; coordinate time that is good for client. | 0.5 | 120.00 | 60.00 |

Pay your bills online at:
https://www.intuitbillpay.com/thebartlettlawfirm

| | |
|---|---|
| **Total** | $2,005.00 |
| **Payments/Credits** | $-1,849.00 |
| **Balance Due** | $156.00 |

**The Bartlett Law Firm, P.A.**
230 East Marks Street
Orlando, FL 32803

# Invoice

**Invoice #:** 1377
**Invoice Date:** 3/1/2011
**Due Date:** 3/14/2011
**Case:**
**P.O. Number:**

**Bill To:**

Mission Road Church
P.O. Box 620188
Oviedo, FL 32762

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 02/01/2011 PB- Attend status conference. | 1 | 205.00 | 205.00 |
| 02/02/2011 KG - Contacted Ana Rodriguez to set up IDI, filed amended schedules and form 7 | 0.5 | 120.00 | 60.00 |
| 02/07/2011 PB- Attend hearing regarding lifting of automatic stay; confer with client regarding case and next steps to pursue. | 2.5 | 205.00 | 512.50 |
| 02/07/2011 PB- E-mail bank regarding attempt to settle issues with bank and develop payment plan inside or outside of bankruptcy. | 0.4 | 120.00 | 48.00 |
| 02/09/2011 KG - Filed Amended Schedules and Form 7 | 0.4 | 120.00 | 48.00 |
| 02/10/2011 KG - Called Client regarding information needed, left message | 0.1 | 120.00 | 12.00 |
| 02/12/2011 KG - Spoke with Client via phone, discussed issues, set up meeting to go over information needed and basic strategy going forward. | 0.4 | 120.00 | 48.00 |
| 02/17/2011 PB- Speak to paralegal KG to obtain information from client. | 0.1 | 205.00 | 20.50 |
| 02/21/2011 KG - Meeting with Perkins to discuss case status | 1 | 120.00 | 120.00 |
| 02/21/2011 PB- Meeting with Pastor Perkins and board members regarding continued prospects for bankruptcy and future prospects. | 0.3 | 205.00 | 61.50 |
| 02/25/2011 PB- Attempt to call Brody atty who left message. | 0.1 | 120.00 | 12.00 |
| 02/27/2011 KG- Phone consultation with client follow-up regarding whether to remain in bankruptcy and client plans. | 0.2 | 120.00 | 24.00 |
| 02/28/2011 PB- Phone consultation with Brody atty regarding foreclosure defense and status of bankruptcy case. | 0.1 | 205.00 | 20.50 |

Pay your bills online at:
https://www.intuitbillpay.com/thebartlettlawfirm

| | |
|---|---|
| **Total** | $1,192.00 |
| **Payments/Credits** | $-1,132.00 |
| **Balance Due** | $60.00 |

**The Bartlett Law Firm, P.A.**
230 East Marks Street
Orlando, FL 32803

# Invoice

**Invoice #:** 1510
**Invoice Date:** 5/1/2011
**Due Date:** 5/14/2011
**Case:**
**P.O. Number:**

**Bill To:**

Mission Road Church
P.O. Box 620188
Oviedo, FL 32762

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 04/22/2011 PB- Prepare response in opposition to motion to examine attorney's fees; prepare renewed application to employ. | 2.9 | 205.00 | 594.50 |
| 04/23/2011 PB- Prepare response in opposition to motion to examine attorney's fees; prepare exhibits for motion. | 1.2 | 205.00 | 246.00 |
| 04/25/2011 KG- Prepare affidavit and obtain notarization. | 0.5 | 120.00 | 60.00 |
| 04/25/2011 Notary Fee | 1 | 9.00 | 9.00 |

Pay your bills online at:
https://www.intuitbillpay.com/thebartlettlawfirm

| | |
|---|---|
| **Total** | $909.50 |
| **Payments/Credits** | $-909.50 |
| **Balance Due** | $0.00 |

**The Bartlett Law Firm, P.A.**
230 East Marks Street
Orlando, FL 32803

# Invoice

**Invoice #:** 1511
**Invoice Date:** 6/1/2011
**Due Date:** 6/14/2011
**Case:**
**P.O. Number:**

**Bill To:**

Mission Road Church
P.O. Box 620188
Oviedo, FL 32762

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 05/03/2011 KG- Prepare and issue subpoena for phone records. | 0.8 | 120.00 | 96.00 |
| 05/09/2011 PB- Review and revise opposition to motion to examine attorney's fees; begin and instruct preparation of application for attorney's fees. | 0.8 | 205.00 | 164.00 |
| 05/09/2011 KG- Prepare application for attorney's fees and exhibit. | 1.5 | 120.00 | 180.00 |
| 05/10/2011 PB- Review and revise application for attorney's fees. | 0.6 | 205.00 | 123.00 |
| 05/10/2011 PB- Research and finish memorandum of law for response in opposition to examine attorney's fees. | 1.2 | 205.00 | 246.00 |
| 05/11/2011 PB- Prepare and finalize exhibits for memorandum of law for response in opposition to examine attorney's fees; file with Court. | 0.8 | 205.00 | 164.00 |
| 05/11/2011 PB- Finalize and file Application for Attorney's Fees. | 0.3 | 205.00 | 61.50 |

Pay your bills online at:
https://www.intuitbillpay.com/thebartlettlawfirm

| | |
|---|---|
| **Total** | $1,034.50 |
| **Payments/Credits** | $-1,034.50 |
| **Balance Due** | $0.00 |